### SCHROEDER v. STATE.

No. 16103.

Court of Criminal Appeals of Texas.

June 14, 1933.

M. C. Nelson, of Aransas Pass, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for assault with intent to rape; punishment being assessed at six years in the penitentiary.

The indictment properly charges the offense. The record contains neither bills of exception nor statement of facts. In such condition nothing is presented for review.

The judgment is affirmed.